```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 27173
    TRACIE YVETTE WIGGINS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1693


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/09/2008 and was not confirmed.

    The case was dismissed without confirmation 01/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    15806.00          .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED           15.31          .00            .00
ADVANCE TIL PAYDAY        UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           310.45         .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED           400.00         .00            .00
CHASE STUDENT LOAN SERVI  UNSECURED         22800.84         .00            .00
COLLEGIATE FUNDING SVC    UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED           183.83         .00            .00
CRESCENT RECOVERY LLC     UNSECURED          7134.87         .00            .00
PREMIER BANKCARD          UNSECURED           279.29         .00            .00
ICS                       UNSECURED        NOT FILED         .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED        NOT FILED         .00            .00
LAKE MEADOWS APARTMENTS   UNSECURED        NOT FILED         .00            .00
LAKE MEADOWS ASSOC        NOTICE ONLY     NOT FILED         .00            .00
MACYS RETAIL HOLDINGS     UNSECURED           684.64         .00            .00
MEDICAL PAYMENT           UNSECURED        NOT FILED         .00            .00
MEDICAL PAYMENT           UNSECURED        NOT FILED         .00            .00
MEDICAL PAYMENT DATA      UNSECURED        NOT FILED         .00            .00
MEDICAL PAYMENT DATA      UNSECURED        NOT FILED         .00            .00
MERCHANT MEDICAL          UNSECURED        NOT FILED         .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED        NOT FILED         .00            .00
NCO FINANCIAL SYSTEM      UNSECURED        NOT FILED         .00            .00
PALISADES ACQUISITION     UNSECURED        NOT FILED         .00            .00
PALISADES ACQ             NOTICE ONLY     NOT FILED         .00            .00
PARKING COLLECTION SERV   UNSECURED        NOT FILED         .00            .00
PAYDAY LOANS STORE OF IL  UNSECURED        NOT FILED         .00            .00
PAYDAY LOANS STORE OF IL  UNSECURED        NOT FILED         .00            .00
PAYDAY LOANS STORE OF IL  UNSECURED        NOT FILED         .00            .00
SHURGARD                  UNSECURED           454.20         .00            .00
SPRINT                    UNSECURED        NOT FILED         .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED         .00            .00
WESTWOOD COLLEGE OF TECH  UNSECURED        NOT FILED         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           289.79         .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY       3,400.00                        .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 27173 TRACIE YVETTE WIGGINS
```

```
TOM VAUGHN                    TRUSTEE                                      .00
DEBTOR REFUND                 REFUND                                       .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                               ---------------      ---------------
TOTALS                               .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 03/05/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE